**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01131-CMA-KLM (Consolidated for all purposes with
Civil Action No. 13-cv-01133-CMA-KLM)

MARK G. GLAZIER LIVING TRUST, and
GLAZIER FAMILY 2004 IRREVOCABLE TRUST,

     Plaintiffs,

v.

MOUNT YALE INVESTMENT ADVISORS, LLC,
MOUNT YALE PRIVATE EQUITY FUND, L.P.,
MOUNT YALE PRIVATE EQUITY PARTNERS, LLC,
MOUNT YALE CAPITAL GROUP, LLC,
MOUNT YALE ASSET MANAGEMENT, LLC, and
MOUNT YALE GUARDIAN FUND, a series of
MOUNT YALE MASTER PORTFOLIOS, L.P.,

     Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation to Dismiss With Prejudice (Doc. # 94), signed by the attorneys for the parties

hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own attorney fees and costs.

DATED:  June __26__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge